IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:16-CV-54-BO

| | |
|---|---|
| FATPIPE, INC. | ) |
|     Plaintiff/Counter-Defendant, | ) |
| v. | )    <u>O R D E R</u> |
| TALARI NETWORKS, INC., | ) |
|     Defendant/Counterclaimant. | ) |

This matter comes before the Court on the parties' consent motion to modify the schedule and deadlines in this case pending an Order on the pending motion to stay. The consent motion is GRANTED [DE 74] in accord with the terms of this order:

1) Talari will file its reply to FatPipe's response within eight days of service.
2) The pending deadlines in this matter for disclosures and associated documents and contentions and associated documents are postponed pending resolution of the motion to stay.
3) The Court will hold a hearing on the motion to stay in Raleigh, North Carolina, on June 23, 2016. The time will be set by notice.
4) If the motion to stay is denied, the parties will submit a joint proposed schedule for their respective disclosures and contentions deadlines within five days of the date of the Order ruling on the motion to stay.

SO ORDERED, this __2__ day of June, 2016.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE